UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON FOUST #788816,

    Plaintiff,

v.

UNKNOWN PANNELL,

    Defendant.
_____/

Hon. Phillip J. Green

Case No. 1:22-cv-00867

**JUDGMENT**

In accordance with the opinion issued on today's date, Judgment is hereby entered in favor of Defendant and against Plaintiff.

Date: April 1, 2025

/s/ Phillip J. Green
PHILLIP J. GREEN
United States Magistrate Judge